**Order entered March 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00739-CR

**FREDERICK DOUGLAS FEASTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80927-2017**

## ORDER

Before the Court is the State's March 13, 2019 second motion for extension of time to file its tendered brief. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/    DAVID J. SCHENCK
          PRESIDING JUSTICE